**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| QUEST NETTECH CORPORATION | |
| Plaintiff, | Civil Action No.    2:13cv00768 |
| v. | |
| COLLABORATIVE MARKETING GROUP, INC. | **Honorable Judge Rodney Gilstrap** |
| Defendant | **JURY TRIAL DEMANDED** |

## COLLABORATIVE MARKETING GROUP, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Under Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Collaborative Marketing Group, Inc. ("CMG"), by and through undersigned counsel, hereby discloses the following:

Collaborative Marketing Group, Inc. does not have a parent corporation, and no publicly held corporation owns 10% or more of Collaborative Marketing Group, Inc.'s stock.

Dated:  March 13, 2014             Respectfully submitted,

By:     */s/ Harry L. Gillam, Jr.*

        Harry L. Gillam, Jr.
        State Bar No. 07921800
        GILLAM & SMITH, LLP
        303 South Washington Avenue
        Marshall, Texas  75670
        Telephone:  (903)  934-8450
        Facsimile:  (903)  934-9257
        gil@gillamsmithlaw.com

        Jordan A. Sigale (pro hac vice pending)
        Christopher Swickhamer (pro hac vice pending)
        LOEB & LOEB LLP
        321 North Clark Street, Suite 2300
        Chicago, IL  60654
        Telephone:  312-464-3100
        Facsimile:  312-276-8375
        jsigale@loeb.com
        cswickhamer@loeb.com

        ***Attorneys for Collaborative Marketing Group, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on the 13th day of March, 2014, per Local Rule CV-5(a)(3).

        /s/ Harry L. Gillam, Jr.
        Harry L. Gillam, Jr.