# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| QUEST NETTECH CORPORATION<br><br>*Plaintiff*<br><br>v.<br><br>COLLABORATIVE MARKETING GROUP, INC., et al. | Case No. 2:13-cv-768<br>**Lead Case** |
| DON JAGODA ASSOCIATES | Case No. 2:13-cv-769 |
| ERIC MOWER AND ASSOCIATES | Case No. 2:13-cv-807 |
| LEADDOG VENTURES, LLC dba LEADDOG MARKETING GROUP | Case No. 2:13-cv-809 |
| MARDEN-KANE, INC. | Case No. 2:13-cv-810 |
| THE MARKETING STORE WORLDWIDE | Case No. 2:13-cv-811 |
| SOURCE MARKETING, LLC | Case No. 2:13-cv-812 |
| TENTHWAVE DIGITAL, LLC | Case No. 2:13-cv-813 |
| VENTURA ASSOCIATES INTERNATIONAL, LLC<br><br>*Defendants* | Case No. 2:13-cv-814 |

## ORDER APPOINTING MEDIATOR

**IT IS ORDERED** that Professor Francis McGovern, mcgovern@law.duke.edu, telephone number (202) 744-6750, is hereby appointed as mediator in the above referenced cases. The Court designates plaintiff's counsel to be responsible for timely contacting the mediator and defendants' counsel to coordinate a date for the mediation. Mediation shall be completed by **January 5, 2015**.

- 2 -

Mediation shall be governed by the Court-Annexed Mediation Plan, Appendix H to the Local Court Rules for the Eastern District of Texas.  In particular, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement.  Exceptions to this requirement may be made only by the presiding judge in writing.

**So ORDERED and SIGNED this 6th day of May, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE