IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| QUEST NETTECH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>COLLABORATIVE MARKETING GROUP, INC. ET AL<br><br>Defendants. | CASE NO. 2:13-cv-00768-JRG<br>LEAD CASE |
| QUEST NETTECH CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>THE MARKETING STORE WORLDWIDE, LP<br><br>Defendant. | CASE NO. 2:13-CV-811-JRG |

## ORDER GRANTING DISMISSAL

Before the Court came Plaintiff Quest NetTech Corporation's ("Plaintiff") and Defendant The Marketing Store Worldwide, LP's ("Defendant") Agreed Motion to Dismiss. Pursuant to Fed. R. Civ. P. 41(a), recognizing the Unopposed Motion to Dismiss filed by Plaintiff pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that all claims asserted herein by Plaintiff against Defendant be, and hereby are, dismissed with prejudice; that the counterclaims and defenses asserted herein by Defendant

against Plaintiff be, and hereby are, dismissed with prejudice; and that the parties shall bear their own attorneys' fees, expenses and costs.